UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: <br> Maria A. Dillon <br><br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:  19-05675 <br><br> Chapter: 13 <br> Honorable Donald R. Cassling |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

An order for relief under Chapter 13 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. is hereby entered. The automatic stay is lifted as to VINCENZO GRISI, and Movant may proceed in Illinois State Court with his Forcible Entry and Detainer Action regarding 5133 N. Neva Ave., Apt. 1N, Chicago, IL 60656.

Notwithstanding anything to the contrary in Fed. Bankr. Rule P. 4001(a)(3), this Order will be effective immediately.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  March 21, 2019

**Prepared by:**

Wayne S. Shapiro, P.C.
Attorney for Creditor
111 W. Washington Street, Suite 920
Chicago, Illinois 60602
Phone: 312-704-8400